UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
In re:

DANIEL L. JACOBY

Case No. 1-11-43313-ess

Chapter 7

Debtor(s)
-----------------------------------------------------------------X

## APPLICATION IN SUPPORT OF
## ORDER TO SHOW CAUSE

To the Hon. STONG, Bankruptcy Judge;

I DANIEL L. JACOBY Movant herein, make this application in support of my Order to Show Cause to seek entry of an Order to STAY THE AUCTION OF THE CONTENTS OF ROOM 1107 AT THE STORAGE DELUXE LOCATED AT 38-01 47 AVENUE, LONG ISLAND CITY, NY 11101, PENDING DISPOSITION OF THE ESTATE.

In support of the relief requested, I hereby allege as follows;
STORAGE DELUXE, 38-01 47 AVENUE, LONG ISLAND CITY, NY 11101 IS A NAMED CREDITOR HOLDING A SECURED CLAIM (THE CONTENTS OF ROOM 1107). SUCH CONTENTS ARE PART OF THE ESTATE, SUBJECT TO DISPOSITION AS ORDERED BY THE TRUSTEE, ALL OF WHICH IS CLAIMED AS EXEMPT UNDER 11 U.S.C. 522(d)(3). STORAGE DELUXE HAS SCHEDULED AN AUCTION OF THE CONTENTS OF ROOM 1107 FOR MAY 24, 2011. STORAGE DELUXE RECEIVED NOTICE OF BANKRUPTCY FILING ON APRIL 21, 2011.

WHEREFORE, Movant prays for the entry of an Order to Show Cause granting the relief requested.

Dated: MAY 23, 2011

By: _____
(signature of movant)
Type or Print Name: DANIEL L. JACOBY
Address: 201 EASTERN PARKWAY #3F
BROOKLYN, NY 11238
Telephone Number: 917-667-2756

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

RETURN DATE _____

---------------------------------------------------------------X
In re:

DANIEL L. JACOBY

Case No. 1-11-43313-ESS

Chapter 7

**Debtor(s)**
---------------------------------------------------------------X

**ORDER TO SHOW CAUSE**

Upon the annexed application of Movant, DANIEL L. JACOBY seeking entry of an Order to _____
_____
_____ , it is

ORDERED that _____ show cause at _____ o'clock __ m on the date of _____ or as soon thereafter as Movant may be heard before the Honorable _____, Bankruptcy Judge in Courtroom _____ at United States Bankruptcy Court located at _____, why this Court should not enter an Order to _____
_____.

ORDERED that service of this Order to Show Cause together with the application be served on or before the end of the business day on _____, upon _____, and upon the Trustee at _____ and United States Trustee.

ORDERED that objections, if any, to the relief requested shall be made in writing, shall set forth with particularity, the grounds for such objection and shall be filed with the Clerk of the Court along with an extra copy marked "Chambers Copy", Trustee, United States Trustee, and the Movant on or before _____; and it is further

ORDERED that the hearing scheduled herein may be adjourned by the Court, from time to time, without further notice other than announcement of the adjourned hearing date in open court.

Dated: _____, New York

_____
United States Bankruptcy Judge